## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>CSG LOGISTICS, INC., an Illinois corporation, and MARITZA OCHOA, Individually<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 2013 C 4954<br>)<br>) Judge Coleman<br>)<br>)<br>) Magistrate Judge Rowland<br>)<br>)<br>) |

### MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1.    Suit was filed on July 11, 2013 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.    Service upon CSG LOGISTICS, INC., an Illinois corporation was made on the Defendant on July 29, 2013 and a copy of the proof of service was filed with the court on August 7, 2013.

3.    Service upon MARITZA OCHOA, Individually was made on the Defendant on July 29, 2013, and a copy of the proof of service was filed with the court on August 7, 2013.

4. More than 21 days have passed without any response to the Complaint by Defendants, so that Defendants are now in default.

5. As supported by the attached Affidavits, the sums due on the Complaint are:

$2,390.50 Defaulted installment note payments
$925.00 Attorneys fees
$498.00 Court costs
$3,813.50

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, CSG LOGISTICS, INC., an Illinois corporation on Count II of the Complaint in the amount of $3,813.50 and MARITZ OCHOA, Individually, on Count III of the Complaint, jointly and severally, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $3,813.50 as there is no just reason for delay in enforcement under FRCP 54(b).

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street
Suite 1650
Chicago, Illinois 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 22, 2013